UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:21-CR-00175-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TERRENCE LANDRY (01)** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 37] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 38] and noting the defendant's waiver of objections, the court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Indictment.

**THUS DONE AND SIGNED** in Chambers this 22nd day of April, 2022.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**